### HENRY CHEATHAM *v.* JOANNA T. CARRINGTON.

An attachment will not lie against the property of a succession in this State ; the creditor is bound to provoke an administration of the estate in pursuance of law, to collect his debt.

APPEAL from the District Court of the Parish of Ouachita, *Richardson*, J. *Baker & Harris*, for plaintiff. *Slack & Benton*, for defendant and appellant.

LAND, J. This suit was commenced by attachment against the succession of *Robert Carrington*, deceased. A curator *ad hoc* was appointed to represent the absent heirs. There was judgment dismissing the suit at plaintiff's cost.

This judgment is correct. An attachment will not lie against the property of a succession in this State ; the creditor is bound to provoke an administration of the estate in pursuance of law. *Debuys* v. *Yerby*, 1 N. S. 381.

It is, therefore, ordered, adjudged and decreed, that the judgment be affirmed, with costs.